UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:19-cv-0513 KJM CKD P<br><br><br><br>ORDER |

On April 29, 2019, plaintiff filed a request for reconsideration of the magistrate judge's order filed on April 19, 2019, denying plaintiff's motion for appointment of counsel. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law. The court notes in particular that plaintiff has successfully filed a number of documents since April 2019, including a first amended complaint on September 11, 2019.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration (ECF No. 15) is DENIED.

DATED: November 13, 2019.

_____
UNITED STATES DISTRICT JUDGE