UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA, | No. 2:19-cv-0513 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al. | |
| Defendants. | |

Plaintiff has filed a "motion to order defendants to stop intimidation and retaliations." However, plaintiff fails to indicate what precise action the court should take, there are no defendants as plaintiff's amended complaint was recently dismissed with leave to file a second amended complaint, and plaintiff fails to point to facts suggesting he is being denied any right respective to plaintiff's prosecution of this case.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 4, 2020, "motion to order defendants to stop intimidation and retaliations" is denied.

Dated: April 8, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mars0513.misc