UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | No. 2:19-cv-0513 KJM CKD P<br><br><br><br>ORDER |

On April 20, 2020, plaintiff filed a document the court construes as a request for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 33) is granted; and

2. Plaintiff is granted until June 1, 2020 to file his second amended complaint. Failure to file a second amended complaint by that date will result in a recommendation that this action be dismissed without prejudice.

Dated: April 23, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mars0513.ext