UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:19-cv-0513 KJM CKD P<br><br><br><br>ORDER |

    On April 20, 2020, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's April 8, 2020 order denying plaintiff's March 4, 2020 "motion to order defendants to stop intimidation and retaliations". As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds the magistrate judge's ruling is not clearly erroneous or contrary to law. Plaintiff may, however, consider including the information contained in his March 4 filing in the amended complaint he is being allowed to file, if that information satisfies the standards for an amended complaint as reviewed in the magistrate judge's order issued on April 2, 2020. *See* ECF No. 31.

    Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 33) is denied.

DATED: April 23, 2020.

                                                         CHIEF UNITED STATES DISTRICT JUDGE