UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:19-cv-0513 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a request for an extension of time to file a second amended complaint pursuant to the court's order of April 2, 2020. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 36) is granted; and

2. Plaintiff is granted 60 days from the date of this order in which to file a second amended complaint. Failure to file a second amended complaint within 60 days will result in a recommendation that this action be dismissed.

Dated: May 7, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
mars0513.36sec