UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | No.  2:19-cv-0513 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 38) is granted; and

2. Plaintiff is granted until August 15, 2020 to file a second amended complaint.  Failure to do so will result in a recommendation that this action be dismissed.

Dated:  July 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
mars0513.36(2)