1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH AUGUST MARSALA,                    No.  2:19-cv-0513 KJM CKD P

12                Plaintiff,

13        v.                                   ORDER

14   RALPH DIAZ, et al.,

15                Defendants.

16

17                 On July 17, 2020, plaintiff filed a request for reconsideration of the magistrate

18   judge's July 8, 2020 order.  ECF No. 40.  In that order, the magistrate judge granted plaintiff's

19   July 2, 2020 request for an extension of time within which to file a second amended complaint.

20   ECF No. 39. Plaintiff takes issue with the July 8, 2020 order, arguing that the magistrate judge

21   ignored plaintiff's request that the magistrate judge also order "defendants to provide that [sic]

22   bare minimum research materials."  However, plaintiff made no such request in the request he

23   filed on July 2, 2020.

24                 Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld

25   unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds the

26   magistrate judge's July 8, 2020 ruling is not clearly erroneous or contrary to law.

27   /////

28   /////

1

1           Accordingly, plaintiff's motion for reconsideration of the magistrate judge's July

2  8, 2020 order is DENIED.

3           This order resolves ECF No. 40.

4           IT IS SO ORDERED.

5  DATED:  August 4, 2020

CHIEF UNITED STATES DISTRICT JUDGE