UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AUGUST MARSALA,

Plaintiff,

v.

RALPH DIAZ, et al.,

Defendants.

No.  2:19-cv-0513 KJM CKD P

ORDER

Plaintiff has filed a motion asking that the court order correctional officers at his prison to comply with state regulations regarding outgoing mail.   Under the "All Writs Act," the court has the power to enter orders in aid of the court's jurisdiction. 28 U.S.C. §1651.   In this instance, plaintiff fails to point to facts indicating his ability to pursue this action is compromised by a violation of federal law.  Accordingly, plaintiff's motion will be denied.  Plaintiff is informed that the court views plaintiff's motion as frivolous.  Plaintiff is warned that if he continues to file frivolous motions, sanctions will issue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion to Order [Defendants] to Seal Plaintiff's Outgoing Mail" (ECF no. 45) is denied.

Dated:  September 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
mars0513.ll