UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AUGUST MARSALA,

        Plaintiff,

    v.

RALPH DIAZ, et al.,

        Defendants.

No.  2:19-cv-0513 KJM CKD P

ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Within 14 days, Warden P. Eaton shall file a response to plaintiff's September 21, 2020 document in which plaintiff indicates that when he is permitted to go to the law library at the Sierra Conservation Center, he is only permitted to go in 15-minute intervals and only allowed to have copies made.  If plaintiff is permitted to conduct legal research while in the law library, Warden Eaton shall describe for how long and, in general terms, the materials to which plaintiff has access.

2.  The Clerk of the Court shall serve a copy of this order upon Deputy Attorney General Monica Anderson.

Dated:  September 28, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mars0513.ll(2)