UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>   Defendants. | No.  2:19-cv-0513 KJM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 55) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.  Failure to file a second amended complaint within thirty days will result in a recommendation that this action be dismissed without prejudice.

Dated:  December 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
mars0513.36