UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AUGUST MARSALA, | No. 2:19-cv-0513 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On September 24, 2021, the court ordered the United States Marshal to serve the complaint on defendant A.P. Hernandez. Process directed to defendant Hernandez was returned unserved because the California Department of Corrections and Rehabilitation was unable to identify an employee by this name. Plaintiff must provide additional information to serve this defendant and, in particular, make sure he has the correct spelling of defendant's name.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, an instruction sheet, a summons and a copy of the January 11, 2021, second amended complaint;

/////

/////

1

      2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form;

        b. Two copies of the endorsed second amended complaint filed January 11, 2021; and

        c. One completed summons form.

      3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: November 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
mars0513.8e

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSEPH AUGUST MARSALA,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.<br><br>Defendants. | No. 2:19-cv-0513 KJM CKD P<br><br>NOTICE OF SUBMISSION<br>OF DOCUMENTS |
|---|---|

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_  completed summons

\_\_\_\_  completed USM-285 form

\_\_\_\_  copies of the January 11, 2021 Second Amended Complaint

DATED:

_____
Plaintiff

3