1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH AUGUST MARSALA,                     No.  2:19-cv-0513 KJM CKD P

12                 Plaintiff,

13         v.                                     ORDER

14    RALPH DIAZ, et al.,

15                 Defendants.

16

17         Plaintiff has filed a request for an extension of time to submit documents in compliance

18    with the terms of the court's November 29, 2021 order.  As the documents have already been

19    submitted in advance of the deadline for doing so, plaintiff's request will be denied as

20    unnecessary.

21         Plaintiff has also filed a motion in which he asks that the court order officials at his prison

22    to "produce documentation of when it gives me a legal correspondence with the court and when I

23    send a correspondence to the court."   The court does not find good cause to issue any orders to

24    California Department of Corrections and Rehabilitation officials based upon the contents of

25    plaintiff's motion.

26    /////

27    /////

28    /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 26, 2022 motion for an extension of time is denied as unnecessary; and

2. Plaintiff's December 17, 2021 "Motion to Order Respondent to Produce Documentation" is denied.

Dated:  February 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mars0513.ext+

2